Dismissed and Memorandum Opinion filed March 30, 2006









Dismissed and Memorandum Opinion filed March 30, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01187-CV

____________

 

SHAWN AKER and/or ALL OCCUPANTS, Appellants

 

V.

 

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

 



 

On Appeal from the County Court at
Law No. 2

Fort Bend County,
Texas

Trial Court Cause No.
27794

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed December 5,
2005.  The clerk=s record was filed on December 13,
2005. The No reporter=s record was taken.  No
brief was filed.

On February 9, 2006, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before March 9, 2006, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 30, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.